EX PARTE B. F. RANGER.

No. 5534.   Decided October 15, 1919.

**Extradition—Habeas Corpus—Return of Writ.**

Where the return on the writ of habeas corpus showed that prior to the issuance of the writ the relator had been delivered to another officer who was on his way to the demanding State, the application for writ of habeas corpus is dismissed.

From Milam County.

Original habeas corpus proceedings asking release from extradition proceeding.

The opinion states the case.

No brief on file for relator.

*E. A. Berry,* Assistant Attorney General, for the State.

MORROW, JUDGE.—The relator, charging that he was restrained of his liberty by the L. L. Blalock, Sheriff of Milam County, and one T. Fred Whitesides, by virtue of a certain writ of extradition issued by the Governor of the State of Texas, makes application for dis-

charge upon original writ of *habeas corpus*. The return on the writ relator had been delivered to one Earnest Rowland for the purpose of taking him to the State of Missouri in obedience to the requisition, and that he was on his way to Missouri.

We find nothing controverting the truth of the statements made in the return, and in accord with them the application is dismissed.

*Dismissed.*